UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL NAIL CORP.,

    Plaintiff,

-vs-

                      Case No. 05-0061
                      Hon: AVERN COHN

B-KAP ENTERPRISES, INC.
and ALLAN OMLI,

    Defendants.
_____/

## ORDER DENYING MOTION TO DISMISS

For the reasons stated on the record on August 17, 2006, the motion styled

    Defendant Allan Omli's Motion to Dismiss for Lack of Personal
    Jurisdiction and Improper Attempt tp Pierce the Corporate Veil

is DENIED. The involvement of Allan Omli in this patent infringement case is more appropriately threshed out in the context of a motion for summary judgment or trial.

    SO ORDERED.

                                      s/Avern Cohn
                                      AVERN COHN
                                      UNITED STATES DISTRICT JUDGE

Dated: August 18, 2006

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 18, 2006, by electronic and/or ordinary mail.

                                      s/Julie Owens
                                      Case Manager, (313) 234-5160